# United States District Court
# District of Puerto Rico
## Internet Payment History for Izurieta-Ortega, Ricardo
### 11/4/2020 to 12/4/2020

| Case no. | Date Paid | Description | Payment Method | Receipt # | Amount |
|---|---|---|---|---|---|
| 3:20-cv-01691 | 2020-12-04 16:43:00 | Complaint(3:20-cv-01691) [cmp cmp] ( 400.00) | PLASTIC_CARD | 0104-7108504 | $ 400.00 |
| 3:20-cv-01691 | 2020-12-04 16:57:41 | Motion to Appear PHV(3:20-cv-01691) [motion aprphv] ( 300.00) | PLASTIC_CARD | 0104-7108552 | $ 300.00 |